IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00099-GPG

WILLIAM B. ELLER,

    Plaintiff,

v.

LISH,
KAUTZ,
(LAST UNKNOWN), MEGAN,
(LAST UNKNOWN), CHANTELLE,
JONES, Mr.,
SPAIN, Mr.,
HODGES, Mr., and
YOUNGER, Mr.,

    Defendants.

## ORDER OVERRULING OBJECTION

    Plaintiff, William B. Eller, is a prisoner in the custody of the Colorado Department of Corrections at the Correctional Facility in Buena Vista, Colorado.   On February 16, 2016, Mr. Eller filed a "Motion for Reconsideration" (ECF No. 7), in which he objects to an order directing him to file an amended complaint.

    On February 2, 2016, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to file, within 30 days an amended Prisoner Complaint, to cure certain enumerated deficiencies in the original Complaint. (ECF No. 6). The February 2 Order warned Mr. Eller that if he failed to file an amended Prisoner Complaint as directed within the time allowed, some or all of the claims asserted in the Complaint may be dismissed without further notice.

The Court construes the Motion for Reconsideration liberally as an objection to the February 2 Order because Plaintiff is not represented by an attorney.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).   However, the Court should not be an advocate for a *pro se* litigant.  *See Hall*, 935 F.2d at 1110.   For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.   The Court has reviewed the file and finds that Magistrate Judge Gallagher's February 2 order is not clearly erroneous or contrary to law.   Therefore, the objection will be overruled.   Accordingly, it is

ORDERED that the "Motion for Reconsideration" (ECF No. 7) filed on February 16, 2016, which the Court has construed liberally as an objection, pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled.   It is

FURTHER ORDERED that Mr. Eller shall have **thirty (30) days from the date of this Order**, in which to file an Amended Complaint, pursuant to the directives in the February 2 Order.   Failure to file an Amended Complaint within the time allowed may result in the dismissal of some or all of this action without further notice.

DATED February 19, 2016, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court